

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NCR CORPORATION and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 17-cv-2527 DMS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pending before the Court is the parties' joint motion for dismissal and approval of settlement of Plaintiff's employment claims against Defendant NCR Corporation. The parties request dismissal of Plaintiff's individual claims with prejudice and class claims without prejudice. The parties also request the Court to approve the proposed settlement pertaining to Plaintiff's "individual claim" under the Fair Labor Standards Act ("FLSA") and to dismiss that claim with prejudice. Plaintiff, however, has not alleged a claim under the FLSA in the present action. Rather, Plaintiff has agreed to release all claims, known and unknown, including any potential claim under the FLSA pursuant to a standard general release of claims contained in his settlement agreement.

While courts are required to approve settlement of an FLSA claim, *Selk v. Pioneers Mem'l Healthcare Dist.,* 159 F. Supp. 3d 1164, 1172 (S.D. Cal. 2016)

1  (stating FLSA claim may be settled if the settlement is approved by the Secretary of
2  Labor or a district court), the parties have not cited any authority, nor has the Court
3  found any, requiring the Court to approve the release of an unasserted FLSA claim.
4  Generally, when reviewing settlement of an FLSA claim, the district court must
5  determine whether the proposed settlement constitutes a "fair and reasonable
6  resolution of a bona fide dispute over FLSA provisions." *Links v. City of San Diego,*
7  2018 WL 2011033, *2 (S.D. Cal. 2018) (quoting *Lynn's Food Stores, Inc. v. United*
8  *States ex rel. U.S. Dep't of Labor,* 679 F.2d 1350, 135r (11th Cir. 1982)).  A "bona
9  fide dispute" exists "when there are legitimate questions about the existence and
10 extent of Defendant's FLSA liability[.]" *Id.*  There is no indication that a bona fide
11 dispute exists in the present litigation.  In addition to determining whether a bona
12 fide dispute exists, the court must also determine whether the settlement is fair and
13 reasonable based on the totality of the circumstances.  In making that determination,
14 the court considers factors such as "(1) the plaintiff's range of possible recovery; (2)
15 the stage of proceedings and amount of discovery completed; (3) the seriousness of
16 the litigation risks faced by the parties; (4) the scope of any release provision in the
17 settlement agreement; (5) the experience and views of counsel and the opinion of
18 participating plaintiffs; and (6) the possibility of fraud or collusion." *Id.*  None of
19 the foregoing factors was addressed by the parties likely because an FLSA claim
20 was neither alleged nor considered in the litigation.  Accordingly, the Court finds
21 that it need not approve the release of an unasserted FLSA claim.  The joint motion
22 to dismiss Plaintiff's individual claims with prejudice and the class claims without
23 prejudice is granted.

24  **IT IS SO ORDERED.**
25  Dated:  May 14, 2018

26  Hon. Dana M. Sabraw
27  United States District Judge
28